# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KT IMAGING USA, LLC | § | |
| | § | |
| v. | § | Civil Action No. 4:20cv337 |
| | § | Judge Mazzant |
| HP INC. | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Scott Woloson to serve as the Technical Advisor for the Court in this case.  The parties are **ORDERED** to send courtesy copies of claim construction materials (1) in PDF form to scott@scottwolosonlaw.com and (2) in paper form to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055.

For claim construction materials that have already been filed as of the date of this Order, the filing party is instructed to provide copies to Mr. Woloson no later than Thursday, February 11, 2021.  For claim construction materials that are filed after the date of this Order, parties are instructed to provide copies to Mr. Woloson within two business days after filing.

The technical advisor will provide the Court with a pre-hearing memo by 5:00 p.m. on March 19, 2021, and will meet with the Court at the Paul Brown United States Courthouse on March 25, 2021, at 4:45 p.m. and again immediately following the *Markman* hearing.  Because the technical advisor serves essentially as a law clerk to the Court and will be familiar with the claim construction issues in this case, the Court has requested that the technical advisor assist the Court in drafting a claim construction order.

**IT IS SO ORDERED.**
**SIGNED** this 8th day of February, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE