FIIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>HP INC.<br><br>　　　　　　　　　　　Defendant. | Civil Action No.: 4:20-cv-337-ALM<br><br>**Jury Trial Demanded** |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff KT Imaging USA, LLC and Defendant HP Inc. (collectively, "Parties") hereby jointly move the Court to dismiss with prejudice all claims asserted by the Parties in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Parties agree that all attorneys' fees, costs and expenses shall be borne by the incurring party.


Dated:  April 12, 2021


| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ *Dmitry Kheyfits* | By: /s/ *Megan Whyman Olesek* |
| Dmitry Kheyfits<br>dkheyfits@kblit.com<br>Brandon G. Moore<br>bmoore@kblit.com<br>Kheyfits Belenky LLP<br>108 Wild Basin Road, Suite 250<br>Austin, TX 78746<br>Tel: 737-228-1838<br>Fax: 737-228-1843<br><br>Andrey Belenky<br>abelenky@kblit.com | Melissa R. Smith<br>GILLAM & SMITH, L.L.P.<br>303 S. Washington Ave.<br>Marshall, Texas 75670<br>Tel: 903-934-8450<br>Fax: 903-934-9257<br>melissa@gillamsmithlaw.com<br><br>Megan Whyman Olesek<br>(Cal. S.B. No. 191218)<br>Louis L. Wai<br>(Cal. S.B. No. 295089) |

Hanna G. Cohen
hgcohen@kblit.com
Kheyfits Belenky LLP
1140 Avenue of the Americas
9th Floor
New York, NY 10036
Tel: 212-203-5399
Fax: 212-203-5399

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
State Bar No. 24104849
cbartles@stafforddavisfirm.com
The Stafford Davis Firm, PC
815 South Broadway
Tyler, Texas 75702
Tel: 903-593-7000
Fax: 903-705-7369

*Attorneys for Plaintiff
KT Imaging USA, LLC*

TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931
olesek@turnerboyd.com

*Attorneys for Defendant HP Inc.*